UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | | |
|---|---|---|
| MARGARET M. TALMAGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-26-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

The Plaintiff, Margaret M. Talmage, brought this action pursuant to 42 U.S.C. § 405(g) to challenge a final decision of the Defendant Commissioner denying her application for disability insurance benefits ("DIB") and Supplemental Security Income ("SSI"). [R. 2.] Consistent with the Court's practice and pursuant to 28 U.S.C. § 626(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation. [R. 11.]

On November 16, 2007, Magistrate Judge Atkins filed his Report and Recommendation. [R. 12.] Therein, the Magistrate Judge concluded that the ALJ's findings regarding the Plaintiff's credibility and her ability to perform her past relevant work were supported by substantial evidence. [*Id*. at 5-8.] Magistrate Judge Atkins further determined that the ALJ did not commit error by failing to order additional testing. Finally, Magistrate Judge Atkins noted that the failure to cross-examine the vocational expert was a choice made by the Plaintiff's attorney and not a directive of the ALJ. Although the parties were given ten (10) days from the filing of the Report and Recommendation to file objections, neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Nevertheless, this Court has examined the record, and having made a *de novo* determination, agrees with the Magistrate Judge's Report and Recommendation. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation [R. 12] is **ADOPTED** as the opinion of this Court;

(2)     The Plaintiff's Motion for Summary Judgment [R. 9] is **DENIED**;

(3)     The Defendant's Motion for Summary Judgment [R. 10] is **GRANTED**; and

(4)     Judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 15th day of February, 2008.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge